UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|                                              |   |              |
|----------------------------------------------|---|--------------|
| CHRISTOPHER J. BAXTER,                       | : |              |
|                                              | : | CIVIL ACTION |
|                                              | : |              |
| v.                                           | : | NO. 05-CV-0080 GMS |
|                                              | : |              |
| ALLEN FAMILY FOODS, INC., A/K/A,             | : |              |
| D/B/A AND/OR T/A ALLEN MILLING,              | : |              |
| DIVISION                                     | : |              |
|                                              | : |              |
|                                              | : |              |
| v.                                           | : |              |
|                                              | : |              |
| ALL-TEMP INSULATION, INC. AND                | : |              |
| MESSICK & GRAY CONSTRUCTION, INC.            | : |              |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Timothy S. Martin, Esquire, as counsel for defendant

All-Temp Insulation, Inc.


/s/ TIMOTHY S. MARTIN
TIMOTHY S. MARTIN (I.D. No. 4578)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
ATTORNEY FOR DEFENDANT ALL-TEMP
INSULATION, INC.