UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER J. BAXTER, | : | |
| Plaintiff, | : | |
| v. | : | 05-CV-0080 GMS |
| ALLEN FAMILY FOODS, INC., A/K/A, D/B/A AND/OR T/A ALLEN MILLING DIVISION, | : : | |
| Defendant and Third-Party Plaintiff, | : : | |
| v. | : | |
| ALL-TEMP INSULATION, INC. and MESSICK & GRAY CONSTRUCTION, INC., | : : | |
| Third-Party Defendant. | : | |

ENTRY OF APPEARANCE

Please enter the appearance of RICHARD W. PELL on behalf of the third-party defendant ALL-TEMP INSULATION, INC. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the third-party defendant ALL-TEMP INSULATION, INC. Third-party defendant ALL-TEMP INSULATION, INC. reserves the right to move, answer or otherwise plead, including all jurisdictional, service, statute of limitations and other defenses.

TYBOUT, REDFEARN & PELL

/s/ Richard W. Pell
_____
RICHARD W. PELL, I.D.#178
Eleventh Floor
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE  19899
Attorney for Third-Party
 Defendant All-Temp Insulation

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, I electronically filed Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Ste. 202
Wilmington, DE  19801

I hereby certify that on March 24, 2005, I have mailed by United States Service, the document(s) to the following non-registered participants:

Roger D. Landon, Esquire
Philip T. Edwards, Esquire
Murphy, Spadaro & Landon
1011 Centre Rd., Ste. 210
Wilmington, DE  19805

Ronald A. Smith, Esquire
1617 JFK Blvd., Ste. 340
Philadelphia, PA  19103

TYBOUT, REDFEARN & PELL

/s/ Richard W. Pell
_____
RICHARD W. PELL, I.D. #178
Eleventh Floor
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE  19899
(302) 658-6901
Attorney for Defendant
 All-Temp Insulation, Inc.