UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER J. BAXTER, | : | |
| Plaintiff, | : | |
| v. | : | 05-CV-0080 GMS |
| ALLEN FAMILY FOODS, INC., A/K/A, D/B/A AND/OR T/A ALLEN MILLING DIVISION, | : | |
| Defendant and Third-Party Plaintiff, | : | |
| v. | : | JURY OF TWELVE DEMANDED |
| ALL-TEMP INSULATION, INC. and MESSICK & GRAY CONSTRUCTION, INC., | : | |
| Third-Party Defendant. | : | |

ANSWER OF ALL-TEMP INSULATION, INC. TO
TO DEFENDANT MESSICK & GRAY'S CROSS-CLAIM
<u>AGAINST THIRD-PARTY DEFENDANT</u>

45.  No answer required.

46. – 47.  Denied.

48. – 49.  Admitted.

50.  Denied.

51.  Denied.  The allegations contained in this paragraph are conclusions of law to which the F.R.C.P. require no responsive pleading and are, therefore, denied, and strict proof thereof is demanded at the time of trial, if relevant.

52.  Denied.

TYBOUT, REDFEARN & PELL

/s/ Richard W. Pell

RICHARD W. PELL, I.D. #178
TIMOTHY S. MARTIN, I.D. #4578
Eleventh Floor
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE  19899
(302) 658-6901
Attorneys for Defendant
 All-Temp Insulation, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2005, I electronically filed Answer of All-Temp Insulation, Inc. to the Defendant Messick & Gray's Cross-Claim Against Third-Party Defendant with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Louis J. Rizzo, Jr., Esquire
1001 Jefferson Plaza, Ste. 202
Wilmington, DE  19801

I hereby certify that on March 30, 2005, I have mailed by United States Service, the document(s) to the following non-registered participants:

Roger D. Landon, Esquire
Philip T. Edwards, Esquire
Murphy, Spadaro & Landon
1011 Centre Rd., Ste. 210
Wilmington, DE  19805

Ronald A. Smith, Esquire
1617 JFK Boulevard, Ste. 340
Philadelphia, PA  19103

TYBOUT, REDFEARN & PELL

/s/ Richard W. Pell

RICHARD W. PELL, I.D. #178
Eleventh Floor
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE  19899
(302) 658-6901
Attorney for Third-Party
 Defendant All-Temp Insulation