IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER J. BAXTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-80 GMS |
| ) | |
| ALLEN FAMILY FOODS, INC. ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

WHEREAS, on February 14, 2005, this case was transferred from the District of Pennsylvania (Philadelphia);

WHEREAS, on February 15, 2005, a local counsel letter was sent to plaintiff's counsel, Robert A. Smith, Esq., and a notice of compliance deadline was set for March 17, 2005;

WHEREAS, to date, the court's docket reflects that the plaintiff has not obtained local counsel in compliance the District of Delaware local rules;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

March 27, 2006          /s/ Gregory M. Sleet
                        UNITED STATES DISTRICT JUDGE